UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                   Case No. 22-48254

BOBBY BEAU-JO EDWARDS, *pro se*,        Chapter 13

                Debtor.                           Judge Thomas J. Tucker
_____/

## ORDER DISMISSING CASE

On July 5, 2022, the Debtor filed a voluntary petition for relief under Chapter 13, commencing Case No. 22-45287. On July 20, 2022, the Court entered an Order dismissing that case for the Debtor's failure to file documents (Docket # 17 in Case No. 22-45287), and the Court entered an order barring the Debtor from filing another bankruptcy petition "unless and until the Debtor first pays in full the filing fee for this case (Case No. 22-45287) and the filing fees for the Debtor's prior cases, Case Nos. 22-40790 and 22-41629, for a total amount of $939.00." (Docket # 18 in Case No. 22-45287, the "Bar Order"). To date, the Debtor still has not paid any of these overdue filing fees.

Despite this, on October 21, 2022, the Debtor filed a voluntary petition for relief, under Chapter 13, commencing this case. Because the Debtor has not paid the overdue filing fees, the Debtor's filing of this case was in violation of the Bar Order. For this reason,

IT IS ORDERED that this case is dismissed.

**Signed on October 25, 2022**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**